174 So. 315

## L. B. PORTER v. STATE.

### 6 Div. 120.

Supreme Court of Alabama.

April 22, 1937.

Rehearing Denied May 27, 1937.

A. A. Carmichael, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the State.

W. Emmett Perry and Caesar B. Powell, both of Birmingham, opposed.

BOULDIN, Justice.

This court has heretofore considered the question presented by this certiorari in a per curiam opinion given in response to an inquiry from the Court of Appeals while this cause was pending in that court. The writ of certiorari is denied on the authority of said per curiam opinion, reported in 234 Ala.App. 11, 174 So. 311.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.